

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00270-CV

IN THE INTEREST OF D.A., A CHILD

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-97474J-12

------------

## MEMORANDUM OPINION[1]

------------

On August 19, 2014, Appellant M.C. attempted to appeal the trial court's June 3, 2014 order dismissing her attempt to modify her grandchild's permanent managing conservatorship for lack of standing. On August 28, 2014, we sent a letter to Appellant to notify her of our concern that we might not have jurisdiction over the appeal. *See* Tex. R. App. P. 26.1. We informed Appellant that unless she or any party desiring to continue the appeal filed with the court on or before September 8, 2014, a response showing grounds for continuing the appeal, the

---

[1]*See* Tex. R. App. P. 47.4.

appeal would be dismissed for want of jurisdiction.  See Tex. R. App. P. 42.3(a), 44.3.

Appellant filed a response, but it does not show grounds for continuing the appeal.  *Cf.* Tex. R. App. P. 26.1(a)(1) (requiring a timely filed motion for new trial), 26.3 (requiring a motion to extend time for filing appeal within fifteen days after the deadline for filing the notice of appeal); Tex. R. Civ. P. 306a(5) (setting out procedure that must be followed when party does not receive notice within twenty days after judgment or appealable order is signed).  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  September 25, 2014